UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:     Ruth E. Vittorio                  Case No. Bky 08-51119-RJK
           Debtor                            Chapter 13 Case

ORDER

This case is before the court on Affinity Plus' motion for relief from the stay to foreclose its mortgage interest in property commonly known as 422 N. 13th Ave. East, Duluth, MN 55805 with a legal description of The northerly 32 1/2 feet of the southerly 65 feet of Lots 1,2 and 3 in Block 102, Portland Division of Duluth.

The court being advised in the premises, and upon the affidavit and the files and records

IT IS ORDERED:

The automatic stay provided by 11 U.S.C. §362(a) is modified to permit Affinity Plus to foreclose its mortgage interest the above property in accordance with state law. Notwithstanding Federal Rule of Bankruptcy Procedure 4001 (a)(3), this order is effective immediately.

Dated: March 30, 2009

/e/ Robert J. Kressel
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 03/30/2009
Lori Vosejpka, By amm